# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**GLENN D. KELLEY,**

    **Plaintiff,**

v.                                            **Case No.  5:13cv226/WS/CJK**

**DOCTOR GILO,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case filed under 42 U.S.C. § 1983 is before the Court upon referral from the Clerk.  On August 2, 2013, the Court entered an order (doc. 8) denying plaintiff's motion to proceed *in forma pauperis* and directing plaintiff to pay the $400.00 filing and administrative fee within thirty (30) days.  To date, plaintiff has not complied with the order, and has not responded to the Court's September 6, 2013 order (doc. 10) requiring him to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court.

Accordingly, it is respectfully RECOMMENDED:

1.  That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 30th day of September, 2013.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).